UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MAUREEN THOMPSON,  :

    Plaintiff,  :

                                CIVIL ACTION NO.

v.  :

                                1:06-CV-110-MHS

CREDITORS INTERCHANGE  :
RECEIVABLE MANAGEMENT,
LLC, et al.,  :

    Defendants.  :

### ORDER

The Court GRANTS the parties consent motion for leave to file plaintiff's amended complaint [#31]. The proposed amended complaint attached to the motion shall be deemed filed as of the date of entry of this order.

IT IS SO ORDERED, this ___ day of May, 2006.

_____
Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia